DANA A. SUNTAG (State Bar No.: 125127)
JOSHUA J. STEVENS (State Bar No.: 238105)
HERUM CRABTREE SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, CA 95207
Telephone: (209) 472-7700
Facsimile (209) 472-7986
Dsuntag@herumcrabtree.com
Jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, by and through the SAN JOAQUIN COUNTY HUMAN SERVICES AGENCY; STEPHANIE EVANS, an Individual; LYNN K. SAGA-MATSUMOTO, an Individual; and DOES 1 through 9,<br><br>Defendants. | Case No.: 2:16-CV-00770-TLN-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT; ORDER**<br><br>**[No hearing required]** |

## RECITALS

A. On April 14, 2016, Plaintiff filed this lawsuit.

B. On January 6, 2017, Plaintiff filed his First Amended Complaint ("FAC").

C. On September 6, 2017, Defendants filed a motion to dismiss the FAC. (ECF No. 13.) On March 31, 2021, this Court granted Defendants' motion to dismiss and gave Plaintiff leave to amend to file a Second Amended Complaint ("SAC") within 30 days. (ECF No. 25.)

D. On April 30, 2021, Plaintiff filed his SAC.

E. On May 21, 2021, Defendants filed a motion to dismiss and motion to strike portions of the SAC. (ECF Nos. 27 and 28.) On March 30, 2022, this Court granted Defendants' motion to dismiss and motion to strike in part, and gave Plaintiff leave to amend to file a Third Amended Complaint ("TAC") within 30 days. (ECF No. 34.) Additionally, the Court gave Defendants 21 days from the date the TAC is filed to move, plead, or otherwise respond to the TAC. (ECF No. 34.)

F. On April 27, 2022, Plaintiff filed his operative TAC. Accordingly, Defendants' response to the TAC is due on or before May 18, 2022.

G. Counsel for Defendants represent they need additional time to review the TAC, determine the appropriate response(s), and prepare that response(s). Counsel for Defendants requested Plaintiff's counsel grant them a 30 day extension of time to move, plead, or otherwise respond to the TAC to June 17, 2022, and Plaintiff's counsel is agreeable to that.

H. This is the first extension of time requested by Defendants to respond to Plaintiff's TAC.



STIPULATION

IT IS STIPULATED AND AGREED that Defendants have an extension of time, through and including June 17, 2022, to move, plead, or otherwise respond to Plaintiff's TAC.

Respectfully Submitted,

Dated: May 11, 2022     HERUM\CRABTREE\SUNTAG
A California Professional Corporation

By: /s/ Joshua J. Stevens
　　JOSHUA J. STEVENS
　　Attorneys for All Defendants

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES

Dated: May 12, 2022     By: /s/ Edna V. Wenning
　　VINCENT W. DAVIS
　　EDNA V. WENNING
　　Attorneys for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

Defendants' time to move, plead, or otherwise respond to the Third Amended Complaint is extended through and including June 17, 2022.

Dated: May 12, 2022

_____
Troy L. Nunley
United States District Judge