VINCENT W. DAVIS (State Bar Number: 125399)
ERI DIAZ AGUILAR (State Bar Number: 349578)
LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
440 E. Huntington Drive Avenue, Suite 100
Arcadia, California 91006
Telephone: (626) 446-6442
v.davis@vincentwdavis.com
eri@vincentwdavis.com

Attorneys for Plaintiff
VICTOR RODRIGUEZ

DANA A. SUNTAG (State Bar Number: 125127)
JOSHUA J. STEVENS (State Bar Number: 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendant
STEPHANIE EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN JOAQUIN by and through the SAN JOAQUIN COUNTY HUMAN SERVICES AGENCY; STEPHANIE EVANS, an individual; LYNN K. SAGA-MATSUMOTO, an individual, and DOES 1 through 9,<br><br>    Defendants. | Case No. 2:16-cv-00770-TLN-JDP<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER**<br><br>[No hearing requested] |

1

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER

All parties, through their counsel of record, respectfully stipulate as follows:

RECITALS

A. On April 14, 2016, Plaintiff filed this lawsuit, alleging eight claims against three Defendants. Plaintiff is suing under 42 U.S.C. Section 1983 regarding the alleged termination of his alleged parental rights to the minor child "A.R." through a dependency proceeding in the San Joaquin County Dependency Court.

B. Defendants filed three motions to dismiss portions of Plaintiff's operative complaint and amended complaints (ECF Nos. 13, 28, and 38), the last of which the Court ruled on by order issued on July 13, 2023. (ECF No. 46.) On August 3, 2023, the remaining Defendant, Stephanie Evans, filed her Answer to Plaintiff's two remaining claims. (ECF No. 47.)

C. On October 12, 2023, the Court issued its initial Pretrial Scheduling Order. (ECF No. 48).

D. On November 21, 2023, counsel conducted their Rule 26(f) Conference.

E. Defendant Evans' counsel has diligently served written discovery requests, and continues to meet and confer with Plaintiff's counsel to obtain satisfactory responses to Defendant's written discovery requests.

F. Among other things, Defendant's discovery requests sought addresses for three key witnesses so defense counsel could subpoena them for deposition: Edna Jackson (A.R.'s mother), Kevin Robinson (A.R.'s putative father), and Ray Smith (Edna's boyfriend at the time A.R. was born, and potentially A.R.'s father). Plaintiff's discovery responses state he does not have any of their addresses. Due to the common nature of these witnesses' names, defense counsel has been unable to locate any of these witnesses. Defense counsel is working on alternative means to try to locate them, but needs additional time to try to locate them and subpoena them for deposition and conduct their depositions.

G. In addition, the underlying dependency records are protected from disclosure—even to defense counsel—under Welfare and Institutions Code Section 827. To obtain those records, counsel must file a petition with the San Joaquin County Dependency Court. On December 29, 2023, defense counsel filed such a petition. On February 8, 2024, the Dependency Court notified counsel that it has set a hearing on the petition for February 20, 2024. In the experience of defense counsel, assuming the Dependency Court grants the petition and orders records disclosed, it generally takes weeks or months (and, sometimes, many months) before the Dependency Court or CPS provide the records. Those records are crucial to both parties' preparation.

H. Defense counsel has noticed the deposition of Plaintiff for March 1, 2024, and the deposition of Plaintiff's brother (a witness to some of the key events in the case) for March 5, 2024. However, defense counsel may not be able to complete those depositions until receipt of the dependency documents.

I. On February 7, 2024, the parties met and conferred regarding a possible independent mental examination of Plaintiff. Plaintiff's counsel will discuss the issue with Plaintiff and respond to defense counsel. If Plaintiff agrees to the IME, it will take some time to retain and schedule an expert to conduct it. It may also take time for counsel to work out the terms of the examination. If Plaintiff does not agree to the IME, counsel may need to meet and confer further, and it is possible Defendant will have to file a motion to compel the IME.

J. The October 12, 2023, initial Pretrial Scheduling Order set the discovery cutoff for March 29, 2024. The parties have been working diligently to undertake and complete the discovery they need to prepare for trial, but, as can be seen, they need additional time to conduct the discovery identified above, as well as potential other discovery based on what is learned in the discovery that is presently scheduled.

STIPULATION TO MODIFY SCHEDULING
ORDER AND ORDER

K. The parties wish to extend the discovery cut off and all subsequent deadlines to allow them to complete their necessary discovery. The parties respectfully request a continuance of the dates in the Scheduling Order, as specified below, for this purpose. There have been no prior continuances of any of the dates in the Scheduling Order.

L. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## STIPULATION

The parties, by and through their undersigned counsel, respectfully request the Court modify the Scheduling Order as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Cutoff of Discovery | 3/29/24 | 9/30/24 |
| Expert Disclosure Date | 5/29/24 | 12/6/24 |
| Rebuttal Expert Disclosure Date | 6/28/24 | 1/10/25 |
| Joint Notice of Trial Readiness (if no dispositive motions will be filed) | 7/29/24 | 2/28/25 |
| Last Day to Submit All Supplemental Disclosures and Discovery Responses | 8/27/24 | 3/28/25 |
| Dispositive Motion Cutoff Date | 9/26/24 | 5/2/25 |

Respectfully Submitted,

Dated: February 9, 2024        HERUM CRABTREE SUNTAG, LLP

                               By:   /s/ Joshua J. Stevens
                                     JOSHUA J. STEVENS
                                     Attorneys for Defendant
                                     STEPHANIE EVANS

Dated: February 12, 2024       LAW OFFICES OF VINCENT. W.
                               DAVIS & ASSOCIATES

                               By:   /s/ Eri Diaz Aguilar
                                     VINCENT W. DAVIS
                                     ERI DIAZ AGUILAR
                                     Attorneys for Plaintiff
                                     VICTOR RODRIGUEZ

## SIGNATURE ATTESTATION

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained authorization to place Plaintiff's counsel's e-signature on this document and to file this document with the Court.

                               By: /s/ - Joshua J. Stevens
                                     Joshua J. Stevens

# ORDER

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED, and the Scheduling Order is modified as follows:

| Matter | Current Date | New Date |
|---|---|---|
| Cutoff of Discovery | 3/29/24 | 9/30/24 |
| Expert Disclosure Date | 5/29/24 | 12/6/24 |
| Rebuttal Expert Disclosure Date | 6/28/24 | 1/10/25 |
| Joint Notice of Trial Readiness (if no dispositive motions will be filed) | 7/29/24 | 2/28/25 |
| Last Day to Submit All Supplemental Disclosures and Discovery Responses | 8/27/24 | 3/28/25 |
| Dispositive Motion Cutoff Date | 9/26/24 | 5/2/25 |

**IT IS SO ORDERED.**

Dated: February 12, 2024

_____
Troy L. Nunley
United States District Judge