VINCENT W. DAVIS (State Bar Number: 125399)
ERI DIAZ AGUILAR (State Bar Number: 349578)
LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
440 E. Huntington Drive Avenue, Suite 100
Arcadia, California 91006
Telephone: (626) 446-6442
v.davis@vincentwdavis.com
eri@vincentwdavis.com

Attorneys for Plaintiff
VICTOR RODRIGUEZ

DANA A. SUNTAG (State Bar Number: 125127)
JOSHUA J. STEVENS (State Bar Number: 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendant
STEPHANIE EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN JOAQUIN by and through the SAN JOAQUIN COUNTY HUMAN SERVICES AGENCY; STEPHANIE EVANS, an individual; LYNN K. SAGA-MATSUMOTO, an individual, and DOES 1 through 9,<br><br>    Defendants. | Case No. 2:16-cv-00770-TLN-JDP<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER**<br><br>[No hearing requested] |

1

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER

All parties, through their counsel of record, respectfully stipulate as follows:

## RECITALS

A. On April 14, 2016, Plaintiff filed this lawsuit, alleging eight claims against three Defendants. Plaintiff is suing under 42 U.S.C. Section 1983 regarding the termination of his alleged parental rights to the minor child "A.R." through a dependency proceeding in the San Joaquin County Dependency Court.

B. Defendants filed three motions to dismiss portions of Plaintiff's operative complaint and amended complaints (ECF Nos. 13, 28, and 38), the last of which the Court ruled on by order issued on July 13, 2023. (ECF No. 46.) On August 3, 2023, the remaining Defendant, Stephanie Evans, filed her Answer to Plaintiff's two remaining claims. (ECF No. 47.)

C. On October 12, 2023, the Court issued its initial Pretrial Scheduling Order. (ECF No. 48.)

D. On February 12, 2024, counsel filed a stipulation to modify the Scheduling Order. (ECF No. 55.) On February 13, 2024, the Court issued an order approving the stipulation. (ECF No. 56.)

E. The parties have diligently been engaged in discovery. As explained in the previous stipulation to modify the scheduling order (ECF No. 55), the records from the underlying state dependency case are protected from disclosure—even to defense counsel—under Welfare and Institutions Code Section 827. The dependency records are crucial to both parties' preparation for trial. To try to obtain those records, on December 29, 2023, Defendant's counsel filed a petition with the San Joaquin County Dependency Court pursuant to Section 827. The Dependency Court set a hearing on the petition for February 20, 2024, but it continued the hearing *sua sponte* and it has since continued the hearing several additional times *sua sponte*. Most recently, the hearing was set for August 12, 2024, but the Dependency Court again *sua sponte* continued the hearing, to September 20, 2024. If the Dependency Court actually holds

the hearing on September 20, 2024, and orders documents produced at that hearing, it is unknown when the documents will actually be produced; in counsel's experience, that process sometimes takes weeks or months.

F. Even if the documents are produced shortly after the scheduled hearing, the current discovery cutoff of September 30, 2024, does not give the parties adequate time to review the documents and utilize them in discovery or for motions. Among other things, Defendant Stephanie Evans' counsel needs the documents to prepare Ms. Evans for her deposition. Additionally, the documents may contain information that would indicate the need for a further deposition of Plaintiff or others.

G. Accordingly, the parties wish to extend the discovery cut off and all subsequent deadlines to allow them to complete their necessary discovery. The parties respectfully request a continuance of the dates in the Scheduling Order, as specified below, for this purpose. There has been only one prior continuance of the dates in the Scheduling Order. (ECF No. 56.)

H. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## STIPULATION

The parties, by and through their undersigned counsel, respectfully request the Court modify the Scheduling Order as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Cutoff of Discovery | 9/30/24 | 1/31/25 |
| Expert Disclosure Date | 12/6/24 | 4/30/25 |
| Rebuttal Expert Disclosure Date | 1/10/25 | 5/30/25 |
| Joint Notice of Trial Readiness (if no dispositive motions will be filed) | 2/28/25 | 7/4/25 |
| Last Day to Submit All Supplemental Disclosures and Discovery Responses | 3/28/25 | 8/29/25 |
| Dispositive Motion Cutoff Date | 5/2/25 | 10/31/25 |

Respectfully Submitted,

Dated: August 14, 2024                     HERUM CRABTREE SUNTAG, LLP

                                           By:   /s/ Joshua J. Stevens
                                                 JOSHUA J. STEVENS
                                                 Attorneys for Defendant
                                                 STEPHANIE EVANS

Dated: August 15, 2024                     LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES

                                           By:   /s/ Eri Diaz Aguilar
                                                 VINCENT W. DAVIS
                                                 ERI DIAZ AGUILAR
                                                 Attorneys for Plaintiff
                                                 VICTOR RODRIGUEZ

## SIGNATURE ATTESTATION

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained authorization to place Plaintiff's counsel's e-signature on this document and to file this document with the Court.

                                           By: /s/ - Joshua J. Stevens
                                                 Joshua J. Stevens

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED, and the Scheduling Order is modified as follows:

| Matter | Current Date | New Date |
| --- | --- | --- |
| Cutoff of Discovery | 9/30/24 | 1/31/25 |
| Expert Disclosure Date | 12/6/24 | 4/30/25 |
| Rebuttal Expert Disclosure Date | 1/10/25 | 5/30/25 |
| Joint Notice of Trial Readiness (if no dispositive motions will be filed) | 2/28/25 | 7/7/25 |
| Last Day to Submit All Supplemental Disclosures and Discovery Responses | 3/28/25 | 8/29/25 |
| Dispositive Motion Cutoff Date | 5/2/25 | 10/31/25 |

**IT IS SO ORDERED.**

Dated: August 15, 2024

_____
Troy L. Nunley
United States District Judge